## GEORGE BROWN *v.* THE STATE.

AGGRAVATED ASSAULT—INDICTMENT.—The 8th clause of Article 488, of the Penal Code (Pasc. Dig., Art. 2150), declares an assault to be aggravated "when committed with deadly weapons, under circumstances not amounting to an intent to murder or maim."    *Held*, that an indictment based on this provision need not allege that the assault was committed under circumstances not amounting to an intent to murder or maim.

APPEAL from the County Court of Denton.    Tried below before the Hon. THOMAS E. HOGG, County Judge

The indictment charged that the assault was committed " with a certain stick, of the length of three feet, and of the

thickness of one inch, which said stick was then and there a deadly weapon."

No brief for the appellant.

*H. H. Boone*, Attorney General, and *W. B. Dunham*, for the State.

WHITE, J.    The defendant was indicted for an aggravated assault with a deadly weapon.    It is objected that the indictment is insufficient, in that it does not allege that the assault was committed under " circumstances not amounting to an intent to murder or maim."    Pasc. Dig., Art. 2150, subdiv. 8.    Such an allegation it not necessary.    The offense is complete when it is shown to have been committed with a deadly weapon, and the defendant cannot complain, because under the indictment he could not possibly have been convicted of a higher grade of crime than an aggravated assault.    *The State* v. *Lutterloh*, 22 Texas, 213.

The other errors complained of are not well taken, and the judgment is affirmed.

*Affirmed.*